UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LONDON

CRIMINAL NO. 06-107-KKC

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                                           ORDER

RONALD D. STATON                                                    DEFENDANT

**** **** **** ****

This matter is before the Court upon the Defendants' Motion to Suppress [DE #11, 19] and the Report and Recommendation [DE #23] made by the United States Magistrate Judge. With no objections to the Report and Recommendation having been filed, the Court conducted a *de novo* review of the Magistrate Judge's findings and opinion. IT IS HEREBY ORDERED that

(1) the Magistrate Judge's report and recommendation [DE #23] is ADOPTED as and for the opinion of the Court;

(2) the Motion to Suppress is DENIED.

Dated this 16th day of January, 2007.

Signed By:
*Karen K. Caldwell* KKC
United States District Judge