UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>RONALD DEATON STATON,<br>    Defendant. | CRIMINAL ACTION NO. 6:06-107-KKC<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the Recommended Disposition (DE 50) filed by the Magistrate Judge on March 12, 2015. On January 29, 2007, Defendant Ronald Deaton Staton pled guilty to possession with intent to distribute quantities of Schedule II controlled substances and possession of a firearm during and in relation to drug trafficking crimes. (DE 28). In April 2007, the Court sentenced Staton to be imprisoned for ninety-three months followed by five years of supervised release. (DE 31). On February 26, 2015, Staton appeared before Magistrate Judge Hanly A. Ingram for alleged violations of the conditions of his supervised release. (DE 45). Staton allegedly operated a motor vehicle without a license and consumed alcohol—both Grade C violations. (DE 50 at 2.)

Magistrate Judge Ingram conducted two hearings concerning the revocation of Staton's supervised release, and Staton stipulated to the violations. (DE 45; DE 49). Based on a review of the record and having heard oral arguments, the Magistrate Judge recommended revocation of Staton's supervised release, incarceration for a term of four weeks, a four-year term of supervised release to follow under the conditions previously imposed under the original judgment, and addition of a condition that Staton shall be

subject to—and pay for—TAD monitoring for the first six months of supervised release. (DE 50 at 6.) The Magistrate Judge further advised the parties that they had until March 17, 2015 to file objections to the recommendation.

Staton filed a waiver of allocution (DE 51), and no party filed an objection to the Magistrate Judge's recommendation.

Accordingly, **IT IS ORDERED** that:

1. The Magistrate Judge's Recommended Disposition (DE 50) is **ADOPTED** as and for the opinion of this Court; and

2. Judgment shall be entered consistent with this Order.

Dated March 17, 2015.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

2